Jesse Mello, an Infant, by Rose Mello, His Guardian ad Litem, Respondent, v. State of New York, Appellant. (Claim No. 25886.) Joseph Evans, an Infant, by Anna Evans, His Guardian ad Litem, Respondent, v. State of New York, Appellant. (Claim No. 25887.) John Leonti, an Infant, by Josephine Leonti, His Guardian ad Litem, Respondent, v. State of New York, Appellant. (Claim No. 25888.)

All concur.

The People of the State of New York ex rel. Raymond Sprague, Appellant, against Joseph H. Brophy, as Warden of Auburn State Prison, Respondent.—

All concur.